Barry Michael TURNER, Appellant,

v.

Randall MORGAN, Warden, Maximum Security Unit, Arkansas Department of Correction; Steve Outlaw, Assistant Warden, Maximum Security Unit, Arkansas Department of Correction; Rick Wimberly, Major, Maximum Security Unit, Arkansas Department of Correction; Lawrence Henley, Captain, Maximum Security Unit, Arkansas Department of Correction, originally sued as Henley; Ronald Bailey, Lieutenant, Maximum Security Unit, Arkansas Department of Correction, originally sued as Bailey; Sergeant Lapisto, Maximum Security Unit, Arkansas Department of Correction; Paul Hudson, CO–I, Maximum Security Unit, Arkansas Department of Correction; CO–I Wade, Maximum Security Unit, Arkansas Department of Correction, Appellees.

No. 00–1394.

United States Court of Appeals, Eighth Circuit.

Submitted Jan. 18, 2001.

Decided Jan. 24, 2001.

Before HANSEN, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.

---

1. The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.

PER CURIAM.

Barry Turner, an Arkansas inmate, appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action claiming defendants failed to protect him from an assault by another inmate. We conclude that the court properly vacated an earlier order granting default judgment against some of the defendants, *see* Fed.R.Civ.P. 54(b), and that summary judgment was warranted because Mr. Turner did not show he faced a substantial risk of serious harm which defendants knew of and disregarded, *see Farmer v. Brennan,* 511 U.S. 825, 834, 837, 114 S.Ct. 1970, 128 L.Ed.2d 811 (1994); *Prater v. Dahm,* 89 F.3d 538, 541 (8th Cir.1996) (noting it is well settled that Eighth Amendment imposes duty on part of prison officials to protect prisoners from attacks; duty to protect inmate requires only that prison officials take reasonable measures to abate substantial risks of serious harm of which they are aware).

Accordingly, we affirm the judgment of the district court.

---

1. The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas, adopting the findings and recommendations of the Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas.